**Dismissed and Opinion Filed February 27, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01095-CV

**APOLLEON E. ALEXANDER, AND PAMELA ALEXANDER, Appellants**
**V.**
**WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III,**
**Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04247-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellants' brief in this case is overdue. After appellants failed to respond to the Court's inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record.[1] By postcard dated January 16, 2018, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.[2] To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

---

[1] The notice was returned to the Court as undeliverable and attempts to contact appellants by telephone were unsuccessful.

[2] The notice was initially emailed, but was not deliverable. A clerk of the court then left a voice message for appellants and then sent the notice via the United States Postal Service.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE


171095F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

APOLLEON E. ALEXANDER AND
PAMELA ALEXANDER, Appellants

No. 05-17-01095-CV       V.

WILMINGTON SAVINGS FUND
SOCIETY, FSB, D/B/A CHRISTIANA
TRUST AS OWNER TRUSTEE OF THE
RESIDENTIAL CREDIT
OPPORTUNITIES TRUST III, Appellee

On Appeal from the County Court at Law
No. 4, Dallas County, Texas
Trial Court Cause No. CC-17-04247-D.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS OWNER TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST III recover its costs of this appeal from appellants APOLLEON E. ALEXANDER AND PAMELA ALEXANDER.

Judgment entered February 27, 2018.